IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

v.                 **Appeal No. 17-4799**

**BRIAN TERRY,**

    **Appellant.**

## MOTION TO INCLUDE COMPRESSED FORMAT
## GRAND JURY TRANSCRIPTS IN THE JOINT APPENDIX

Comes now the Appellant, Brian Terry ("Terry"), by his attorneys, Research & Writing Specialist Jonathan D. Byrne and Assistant Federal Public Defender Lex A. Coleman, and moves this Honorable Court to allow the inclusion of compressed format transcripts of grand jury testimony in their original format, as entered into evidence in the proceedings below, in the United States District Court for the Southern District of West Virginia, in the sealed volume of the Joint Appendix. In support of this request, Terry states as follows:

(1) Terry was originally charged in an indictment with possessing methamphetamine with intent to distribute it. Dkt. No. 1.[1]

---

[1] "Dkt. No." refers to the docket number in the case below, *United States v. Terry*, 2:16-cr-00175 (S.D. W. Va.).

1

(2)     The Government later secured a superseding indictment charging Terry with possessing more than fifty grams of methamphetamine with the intent to distribute it. Dkt. No. 56.

(3)     It is under the superseding indictment that Terry was tried, convicted, and sentenced. Dkt. Nos. 95, 108.

(4)     Prior to trial, Terry filed a motion to suppress. Dkt. No. 27. As an exhibit to a post-hearing memorandum in support of that motion, Terry attached a transcript of testimony presented to the initial grand jury. Dkt. No. 40, Exhibit 5.

(5)     Also prior to trial, Terry filed a motion to dismiss the superseding indictment. As a result, both parties filed pleadings with exhibits attached to them consisting of transcripts of testimony presented to the grand jury. Dkt. Nos. 68, Exhibit 1; 72, Exhibit 2.

(6)     All grand jury transcripts were submitted to the district court in the format in which they were provided to the Government and, therefore, to Terry's counsel – a "condensed" format with four pages of transcript to a single printed page.

(7)     Both the denial of Terry's motion to suppress and his motion to dismiss the superseding indictment are issues in this appeal to which these exhibits are relevant.

(8)     The Joint Appendix is being prepared after consultation with the United States, which agreed to the inclusion of these exhibits in the Joint Appendix.

2

(9)　　Furthermore, pursuant to Local Rule 27(a), undersigned counsel contacted counsel for the Government, which has authorized undersigned counsel to state it does not object to the relief requested in this motion.

Wherefore, Terry requests that this Court allow the compressed format grand jury transcripts, which were received as exhibits by the district court in the case below, to be included in the sealed volume of the Joint Appendix.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**BRIAN TERRY**

　　　　　　　　　　　　　　　　　　　　　　　　By Counsel

**CHRISTIAN M. CAPECE**
**FEDERAL PUBLIC DEFENDER**

s/Jonathan D. Byrne
Jonathan D. Byrne
Research & Writing Specialist
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: jonathan_byrne@fd.org


s/Lex A. Coleman
Lex A. Coleman
Assistant Federal Public Defender
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: lex_coleman@fd.org

## CERTIFICATE OF COMPLIANCE

1.  This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    [ X ] this motion contains [*433*] words.

    [   ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2.  This motion complies with the typeface and type style requirements because:

    [ X ] this motion has been prepared in a proportionally spaced typeface using [*Microsoft Word 2016*] in [*14pt Garamond*]; *or*

    [   ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated: <u>March 27, 2018</u>          <u>/s/ Jonathan D. Byrne</u>
                                     *Counsel for Appellant*

                                     <u>/s/Lex A. Coleman</u>
                                     *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I do hereby certify that on **March 27, 2018,** the foregoing **MOTION TO INCLUDE COMPRESSED FORMAT GRAND JURY TRANSCRIPTS IN THE JOINT APPENDIX** was electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

>W. Clinton Carte
>Assistant United States Attorney
>United States Courthouse, Room 4000
>300 Virginia Street East
>Charleston, West Virginia 25301
>Email: clint.carte@usdoj.gov

By:    /s/Jonathan D. Byrne
Jonathan D. Byrne
Research & Writing Specialist
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: jonathan_byrne@fd.org

/s/Lex A. Coleman
Lex A. Coleman
Assistant Federal Public Defender
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: lex_coleman@fd.org