FILED: March 28, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4799
(2:16-cr-00175-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRIAN D. TERRY

        Defendant - Appellant

_____

O R D E R
_____

Appellant has moved for leave to file a sealed joint appendix in which approximately 8 pages consist of condensed transcript, with 4 pages of transcript contained on each appendix page. The court's briefing requirements bar the use of condensed transcript because the court finds the format to be of poor legibility. Nevertheless, leave to file the sealed joint appendix will be granted in this particular instance, subject to later correction at the direction of the court. Counsel should, in

future cases, obtain full-size, rather than condensed, transcript from the court reporter to ensure that the portions of the record being brought to the attention of the court of appeals are in a format the court can read.

                                                         For the Court--By Direction

                                                         <u>/s/ Patricia S. Connor, Clerk</u>